## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Randall Scott McKillop<br>&<br>Lisa Marie McKillop<br>Debtor(s) | BK NO. 17-00749 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of United States Department of Agriculture, Farm Service Agency and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/Thomas I. Puleo, Esquire**
                                Thomas I. Puleo, Esquire
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                412-430-3594