UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RANDALL SCOTT MCKILLOP and : CHAPTER 13
LISA MARIE MCKILLOP :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
   vs. :
:
RANDALL SCOTT MCKILLOP and :
LISA MARIE MCKILLOP :
   Respondent(s) : CASE NO. 1-17-bk-00749

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

    AND NOW, this 2nd of August, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a. Excess disposable income. (Monthly Net Income is $532.75)

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                   Respectfully submitted:

                                   Charles J. DeHart, III
                                   Standing Chapter 13 Trustee
                                   8125 Adams Drive, Suite A
                                   Hummelstown, PA 17036
                                   (717) 566-6097

            BY:            /s/James K. Jones
                           Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 2nd day of August, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

                                              /s/Deborah A. Behney
                                              Office of Charles J. DeHart, III
                                              Standing Chapter 13 Trustee