```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                                 Case No. 17-00749-RNO
Randall Scott McKillop                                                 Chapter 13
Lisa Marie McKillop
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach           Page 1 of 1              Date Rcvd: Aug 02, 2017
                              Form ID: nthrgreq       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db/jdb         +Randall Scott McKillop,   Lisa Marie McKillop,   548 Sweetwater Drive,   Palmyra, PA 17078-8641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Randall Scott McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Joint Debtor Lisa Marie McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Kara Katherine Gendron    on behalf of Joint Debtor Lisa Marie McKillop karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor Randall Scott McKillop karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor   First National Bank of Pennsylvania klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Thomas Song    on behalf of Creditor   Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Thomas I Puleo    on behalf of Creditor   United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

nthrgreq(02/13)

|  |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Randall Scott McKillop<br>Lisa Marie McKillop<br>**Debtor(s)** | Chapter: 13<br><br>Case number: 1:17−bk−00749−RNO<br><br>Document Number: 30<br><br>Matter: Motion to Modify Chapter 13 Plan |
| Randall Scott McKillop<br>Lisa Marie McKillop<br>**Movant(s)**<br><br>vs.<br><br>United States of America, Acting Through the USDA, Farm Service Agency and Charles J DeHart, III, Chapter 13 Trustee<br>**Respondent(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 27, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building,**<br>**Bankruptcy Courtroom (3rd Floor),**<br>**Third & Walnut Streets, Harrisburg,**<br>**PA 17101** | **Date: August 16, 2017**<br><br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 2, 2017 |