```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 17-00749-RNO
Randall Scott McKillop                                            Chapter 13
Lisa Marie McKillop
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach           Page 1 of 1           Date Rcvd: Aug 10, 2017
                              Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db/jdb         +Randall Scott McKillop,    Lisa Marie McKillop,    548 Sweetwater Drive,   Palmyra, PA 17078-8641
                +Wells Fargo Home Mortgage,    1 Home Campus,    Bankruptcy Payment Processing,   MAC# X2302-04C,
                  Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dorothy L Mott   on behalf of Debtor Randall Scott McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott   on behalf of Joint Debtor Lisa Marie McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Kara Katherine Gendron   on behalf of Joint Debtor Lisa Marie McKillop karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron   on behalf of Debtor Randall Scott McKillop karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason   on behalf of Creditor    First National Bank of Pennsylvania klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Thomas Song   on behalf of Creditor    Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Thomas I Puleo   on behalf of Creditor    United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
RANDALL SCOTT MCKILLOP :
: CASE NO. 1:17-bk-00749-RNO
LISA MARIE MCKILLOP :

    Debtor(s)

RANDALL SCOTT MCKILLOP

LISA MARIE MCKILLOP

    Movants

v.

WELLS FARGO HOME MORTGAGE

    Respondent

## ORDER

UPON consideration of the Motion for Approval of Loan Modification, and good reason appearing therefor, no objections appearing thereto, it is hereby

ORDERED AND DECREED that the Loan Modification is hereby approved and the Respondent may amend any proof of claim that it has filed so that it is consistent with the Modification.

Dated: August 10, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)