```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00749-RNO
Randall Scott McKillop                                          Chapter 13
Lisa Marie McKillop
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach      Page 1 of 1      Date Rcvd: Sep 21, 2017
                         Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db/jdb         +Randall Scott McKillop,   Lisa Marie McKillop,   548 Sweetwater Drive,   Palmyra, PA 17078-8641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Randall Scott McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Joint Debtor Lisa Marie McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Joint Debtor Lisa Marie McKillop karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor Randall Scott McKillop karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor    First National Bank of Pennsylvania klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RANDALL SCOTT McKILLOP
LISA MARIE McKILLOP

Debtor(s)

Chapter: 13

Case No.: 1-17-bk-00749 RNO

Document No.: 30

Nature of Proceeding: Motion to Modify Confirmed Plan

## ORDER

After due consideration of the Debtors' Motion to Modify Plan, filed to Docket No. 30, and after consideration of the Objection of USDA Farm Service Agency thereto, after hearing held on September 20, 2017, it is

ORDERED that the Objection of USDA Farm Service Agency is OVERRULED.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: September 20, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)