```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-00749-RNO
Randall Scott McKillop                                          Chapter 13
Lisa Marie McKillop
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-1      User: CKovach           Page 1 of 1         Date Rcvd: Oct 05, 2017
                          Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
jdb            +Lisa Marie McKillop,    548 Sweetwater Drive,    Palmyra, PA 17078-8641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Joint Debtor Lisa Marie McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor Randall Scott McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Joint Debtor Lisa Marie McKillop karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor Randall Scott McKillop karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor   First National Bank of Pennsylvania klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Thomas  Song    on behalf of Creditor   Wells Fargo Bank, N.A. thomas.song@phelanhallinan.com
              Thomas I Puleo    on behalf of Creditor   United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RANDALL SCOTT MCKILLOP | : | |
| | : | CASE NO. 1:17-bk-00749 |
| LISA MARIE MCKILLOP | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and the Objection of the Chapter 13 Trustee thereto having been withdrawn in open court at a hearing held on October 4, 2017, it is

ORDERED that the Motion is GRANTED and the Debtors are granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 4, 2017