```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00749-RNO
Randall Scott McKillop                                              Chapter 13
Lisa Marie McKillop
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach           Page 1 of 1            Date Rcvd: Sep 20, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
cr             +First National Bank of Pennsylvania,   c/o Kathryn L. Mason, Esquire,    P.O. Box 650,
                Hershey, PA 17033-0650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Lisa Marie McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Randall Scott McKillop DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Lisa Marie McKillop karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 1 Randall Scott McKillop karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor    First National Bank of Pennsylvania klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Randall Scott McKillop** <br> Debtor 1 <br> **Lisa Marie McKillop** <br> Debtor 2 <br> **First National Bank of Pennsylvania Successor by Merger to Metro Bank** <br> Movant(s) <br> vs. <br> **Rnadall Scot McKillop** <br> **Lisa Maria McKillop** <br> **Charles J. DeHart, III, Trustee** <br> Respondent(s) | **Chapter:** 13 <br> **Case No:** 1:17-bk-00749-RNO <br><br> **Document No.:** 62 <br><br> **Nature of Proceeding:** Motion for Relief from Automatic Stay |

## ORDER STIPULATION DUE

Upon consideration of the statement in open court on September 20, 2018, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by October 20, 2018, the Court may deny this Motion without further notice.

Dated: September 20, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Stip Due or Relist – Hrg Called - Revised 04/18