# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| RANDALL SCOTT MCKILLOP : | BK. No. 1:17-bk-00749-RNO |
| LISA MARIE MCKILLOP : | |
| Debtors : | Chapter No. 13 |
| : | |
| WELLS FARGO BANK, N.A. : | |
| Movant : | |
| v. : | |
| RANDALL SCOTT MCKILLOP : | |
| LISA MARIE MCKILLOP : | |
| Respondents : | |
| : | |

## NOTICE OF WITHDRAWAL OF THE REQUEST FOR NOTICE UNDER 2002

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the REQUEST FOR NOTICE UNDER 2002, of Phelan Hallinan Diamond & Jones, LLP, filed on March 21, 2017, Docket Entry 15.

          Respectfully submitted,

          /s/ Thomas Song, Esquire
          Thomas Song, Esq., Id. No.89834
          Phelan Hallinan Diamond & Jones, LLP
          1617 JFK Boulevard, Suite 1400
          One Penn Center Plaza
          Philadelphia, PA 19103
          Phone Number: 215-563-7000 Ext 31387
          Fax Number: 215-568-7616
          Email: Thomas.Song@phelanhallinan.com

April 5, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RANDALL SCOTT MCKILLOP | : | BK. No. 1:17-bk-00749-RNO |
| LISA MARIE MCKILLOP | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| RANDALL SCOTT MCKILLOP | : | |
| LISA MARIE MCKILLOP | : | |
| Respondents | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on 4/5/2019, I caused to be mailed a true and correct copy of the Movant's Notice of Withdrawal of the REQUEST FOR NOTICE UNDER 2002, on behalf of Phelan Hallinan Diamond & Jones, LLP, to the interested parties listed below by First Class Mail or by electronic means.

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

LISA MARIE MCKILLOP
548 SWEETWATER DRIVE
PALMYRA, PA 17078-8641

KARA KATHERINE GENDRON, ESQUIRE
125 STATE STREET
HARRISBURG, PA 17101

RANDALL SCOTT MCKILLOP
548 SWEETWATER DRIVE
PALMYRA, PA 17078-8641

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

4/5/2019

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

# PHELAN HALLINAN DIAMOND & JONES, LLP

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Thomas Song, Esquire

REPRESENTING LENDERS IN Pennsylvania

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.

April 5, 2019

## MEMORANDUM

Date: **April 5 2019**

To: **WELLS FARGO BANK, N.A. (FORT MILL, SC)**

ATTN: **BANKRUPTCY DEPARTMENT**

RE: **RANDALL SCOTT MCKILLOP**
**A/K/A RANDY MCKILLOP**
**LISA MARIE MCKILLOP**

Account No.: XXXXXX6362

Enclosed please find a copy of the Praecipe to Withdraw the REQUEST FOR NOTICE UNDER 2002, the original of which has been filed with the Court.

Very truly yours,

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com
enc

This firm is a debt collector attempting to collect a debt. Any information received will be used for that purpose. If you have received a discharge in bankruptcy, this is not and should not be construed as an attempt to collect a debt. We are only proceeding against the real estate secured by the mortgage.

# PHELAN HALLINAN DIAMOND & JONES, LLP

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Thomas Song, Esquire

Representing Lenders in Pennsylvania

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.

4/5/2019

KARA KATHERINE GENDRON, ESQUIRE
125 STATE STREET
HARRISBURG, PA 17101

**Movant:** **WELLS FARGO BANK, N.A.**
**Re:** **RANDALL SCOTT MCKILLOP AND LISA MARIE MCKILLOP**
**Bankruptcy No.: 1:17-bk-00749-RNO**

Dear Counselor:

Enclosed please find a copy of the Praecipe to Withdraw the REQUEST FOR NOTICE UNDER 2002, the original of which has been filed with Bankruptcy Court in the above-referenced matter.

Very truly yours,

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com
enc

cc:  LISA MARIE MCKILLOP
     RANDY MCKILLOP
     CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
     WELLS FARGO BANK, N.A. (FORT MILL, SC)
     ATTENTION: BANKRUPTCY DEPARTMENT
     ACCOUNT NO.: XXXXXX6362

This firm is a debt collector attempting to collect a debt. Any information received will be used for that purpose. If you have received a discharge in bankruptcy, this is not and should not be construed as an attempt to collect a debt. We are only proceeding against the real estate secured by the mortgage.

KARA KATHERINE GENDRON, ESQUIRE
125 STATE STREET
HARRISBURG, PA 17101

RANDALL SCOTT MCKILLOP
548 SWEETWATER DRIVE
PALMYRA, PA 17078-8641

LISA MARIE MCKILLOP
548 SWEETWATER DRIVE
PALMYRA, PA 17078-8641