Certificate Number: 13858-PAM-DE-035782931

Bankruptcy Case Number: 17-00749


13858-PAM-DE-035782931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2021, at 7:53 o'clock PM CDT, Randall S McKillop completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 23, 2021

By: /s/Rebecca McDaniel

Name: Rebecca McDaniel

Title: Counselor

Certificate Number: 13858-PAM-DE-035782930

Bankruptcy Case Number: 17-00749


13858-PAM-DE-035782930

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 23, 2021, at 7:53 o'clock PM CDT, Lisa M McKillop completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 23, 2021

By: /s/Rebecca McDaniel

Name: Rebecca McDaniel

Title: Counselor