# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RANDALL SCOTT MCKILLOP                     Case No.: 1-17-00749-HWV
LISA MARIE MCKILLOP                        Chapter 13
        Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | FIRST NATIONAL BANK OF PA |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 8428/PRE ARREARS/548 SWEETWATER DR |
| Property Address if applicable: | 548 SWEETWATER DRIVE, , PALMYRA, PA17078 |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,505.72 |
| b. | Prepetition arrearages paid by the Trustee: | $5,505.72 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $5,505.72 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**               **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  November 23, 2021

Respectfully submitted,

<u>s/ Jack N. Zaharopoulos</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: FIRST NATIONAL BANK OF PA
Court Claim Number: 01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1192464 | 10/10/2018 | $245.84 | $0.00 | $245.84 |
| 5200 | 1195209 | 12/13/2018 | $140.49 | $0.00 | $140.49 |
| 5200 | 1196627 | 01/10/2019 | $280.96 | $0.00 | $280.96 |
| 5200 | 1197840 | 02/07/2019 | $140.49 | $0.00 | $140.49 |
| 5200 | 1198999 | 03/12/2019 | $140.48 | $0.00 | $140.48 |
| 5200 | 1200346 | 04/11/2019 | $69.51 | $0.00 | $69.51 |
| 5200 | 1201696 | 05/09/2019 | $105.37 | $0.00 | $105.37 |
| 5200 | 1203009 | 06/06/2019 | $106.10 | $0.00 | $106.10 |
| 5200 | 1204381 | 07/11/2019 | $140.48 | $0.00 | $140.48 |
| 5200 | 1205756 | 08/07/2019 | $140.48 | $0.00 | $140.48 |
| 5200 | 1207180 | 09/26/2019 | $147.13 | $0.00 | $147.13 |
| 5200 | 1208490 | 10/10/2019 | $140.78 | $0.00 | $140.78 |
| 5200 | 1209536 | 11/07/2019 | $140.79 | $0.00 | $140.79 |
| 5200 | 1212244 | 01/16/2020 | $422.35 | $0.00 | $422.35 |
| 5200 | 1213611 | 02/13/2020 | $147.71 | $0.00 | $147.71 |
| 5200 | 1214917 | 03/12/2020 | $147.71 | $0.00 | $147.71 |
| 5200 | 1216211 | 04/14/2020 | $147.71 | $0.00 | $147.71 |
| 5200 | 1217332 | 05/06/2020 | $142.48 | $0.00 | $142.48 |
| 5200 | 1218290 | 06/02/2020 | $142.48 | $0.00 | $142.48 |
| 5200 | 1219299 | 07/07/2020 | $142.49 | $0.00 | $142.49 |
| 5200 | 9007981 | 08/12/2020 | $142.48 | $0.00 | $142.48 |
| 5200 | 9008302 | 09/17/2020 | $142.48 | $0.00 | $142.48 |
| 5200 | 9008621 | 10/15/2020 | $142.49 | $0.00 | $142.49 |
| 5200 | 9008909 | 11/03/2020 | $144.06 | $0.00 | $144.06 |
| 5200 | 9009179 | 12/10/2020 | $144.07 | $0.00 | $144.07 |
| 5200 | 9009709 | 01/19/2021 | $144.07 | $0.00 | $144.07 |
| 5200 | 9010002 | 02/17/2021 | $144.06 | $0.00 | $144.06 |
| 5200 | 9010305 | 03/17/2021 | $144.07 | $0.00 | $144.07 |
| 5200 | 9010593 | 04/15/2021 | $144.07 | $0.00 | $144.07 |
| 5200 | 9010876 | 05/18/2021 | $144.06 | $0.00 | $144.06 |
| 5200 | 9011157 | 06/16/2021 | $148.82 | $0.00 | $148.82 |
| 5200 | 9011423 | 07/14/2021 | $148.81 | $0.00 | $148.81 |
| 5200 | 9011687 | 08/18/2021 | $148.82 | $0.00 | $148.82 |
| 5200 | 9011948 | 09/14/2021 | $148.81 | $0.00 | $148.81 |
| 5200 | 9012195 | 10/14/2021 | $148.82 | $0.00 | $148.82 |
| 5200 | 9012450 | 11/16/2021 | $93.90 | $0.00 | $93.90 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RANDALL SCOTT MCKILLOP | Case No.: 1-17-00749-HWV |
| LISA MARIE MCKILLOP | Chapter 13 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

KARA K GENDRON                                    SERVED ELECTRONICALLY
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA,  17101-


FIRST NATIONAL BANK OF PA                SERVED BY 1ST CLASS MAIL
C/O KATHRYN L MASON, ESQ
PO BOX 650
HERSHEY, PA,  17033


RANDALL SCOTT MCKILLOP              SERVED BY 1ST CLASS MAIL
LISA MARIE MCKILLOP
548 SWEETWATER DRIVE
PALMYRA, PA  17078


I certify under penalty of perjury that the foregoing is true and correct.


Date: November 23, 2021                    s/   Liz Joyce
                                                              Jack N. Zaharopoulos
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              eMail:  info@pamd13trustee.com