## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RANDALL SCOTT MCKILLOP | Case No.: 1-17-00749-HWV |
| LISA MARIE MCKILLOP | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 3963/post ARREARS/548 SWEETWATER DR |
| Property Address if applicable: | 548 SWEETWATER DRIVE, , PALMYRA, PA17078 |

**PART 2:** **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,622.94 |
| f. | Postpetition arrearages paid by the Trustee: | $5,622.94 |
| g. | Total b, d, f: | $5,622.94 |

**PART 3:** **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021          Respectfully submitted,

         s/ Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: info@pamd13trustee.com

Case 1:17-bk-00749-HWV    Doc 84    Filed 11/23/21    Entered 11/23/21 08:46:54    Desc
Page 2 of 4

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 9005436 | 10/10/2018 | $251.08 | $0.00 | $251.08 |
| 5210 | 9005607 | 12/13/2018 | $143.47 | $0.00 | $143.47 |
| 5210 | 9005693 | 01/10/2019 | $286.96 | $0.00 | $286.96 |
| 5210 | 9005773 | 02/07/2019 | $143.47 | $0.00 | $143.47 |
| 5210 | 9005859 | 03/12/2019 | $143.48 | $0.00 | $143.48 |
| 5210 | 0 | 04/10/2019 | $-143.48 | $0.00 | $-143.48 |
| 5210 | 9005946 | 04/11/2019 | $214.45 | $0.00 | $214.45 |
| 5210 | 0 | 05/07/2019 | $-214.45 | $0.00 | $-214.45 |
| 5210 | 1202300 | 05/09/2019 | $322.07 | $0.00 | $322.07 |
| 5210 | 1203616 | 06/06/2019 | $108.35 | $0.00 | $108.35 |
| 5210 | 1205020 | 07/11/2019 | $143.48 | $0.00 | $143.48 |
| 5210 | 1206358 | 08/07/2019 | $143.48 | $0.00 | $143.48 |
| 5210 | 1207871 | 09/26/2019 | $150.25 | $0.00 | $150.25 |
| 5210 | 1208905 | 10/10/2019 | $143.79 | $0.00 | $143.79 |
| 5210 | 1210104 | 11/07/2019 | $143.78 | $0.00 | $143.78 |
| 5210 | 1212842 | 01/16/2020 | $431.35 | $0.00 | $431.35 |
| 5210 | 1214186 | 02/13/2020 | $150.85 | $0.00 | $150.85 |
| 5210 | 1215499 | 03/12/2020 | $150.85 | $0.00 | $150.85 |
| 5210 | 1216764 | 04/14/2020 | $150.85 | $0.00 | $150.85 |
| 5210 | 1217747 | 05/06/2020 | $145.52 | $0.00 | $145.52 |
| 5210 | 1218733 | 06/02/2020 | $145.52 | $0.00 | $145.52 |
| 5210 | 1219759 | 07/07/2020 | $145.51 | $0.00 | $145.51 |
| 5210 | 1220801 | 08/12/2020 | $145.52 | $0.00 | $145.52 |
| 5210 | 1221862 | 09/17/2020 | $145.52 | $0.00 | $145.52 |
| 5210 | 1222844 | 10/15/2020 | $145.51 | $0.00 | $145.51 |
| 5210 | 1223639 | 11/03/2020 | $147.14 | $0.00 | $147.14 |
| 5210 | 1224630 | 12/10/2020 | $147.13 | $0.00 | $147.13 |
| 5210 | 1226409 | 01/19/2021 | $147.13 | $0.00 | $147.13 |
| 5210 | 1227429 | 02/17/2021 | $147.14 | $0.00 | $147.14 |
| 5210 | 1228453 | 03/17/2021 | $147.13 | $0.00 | $147.13 |
| 5210 | 1229467 | 04/15/2021 | $147.13 | $0.00 | $147.13 |
| 5210 | 2000855 | 05/18/2021 | $147.14 | $0.00 | $147.14 |
| 5210 | 2001835 | 06/16/2021 | $151.98 | $0.00 | $151.98 |
| 5210 | 2002821 | 07/14/2021 | $151.99 | $0.00 | $151.99 |
| 5210 | 2003910 | 08/18/2021 | $151.98 | $0.00 | $151.98 |
| 5210 | 2004888 | 09/14/2021 | $151.98 | $0.00 | $151.98 |
| 5210 | 2005949 | 10/14/2021 | $151.99 | $0.00 | $151.99 |
| 5210 | 2006977 | 11/16/2021 | $95.90 | $0.00 | $95.90 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    RANDALL SCOTT MCKILLOP           Case No.: 1-17-00749-HWV
    LISA MARIE MCKILLOP              Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| KARA K GENDRON<br>MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO, 80111 | SERVED BY 1ST CLASS MAIL |
| RANDALL SCOTT MCKILLOP<br>LISA MARIE MCKILLOP<br>548 SWEETWATER DRIVE<br>PALMYRA, PA 17078 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com