| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Randall Scott McKillop |
| Debtor 2 (Spouse, if filing) | Lisa Marie McKillop |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 1:17-bk-00749-HWV |

# Form 4100R
## Response to Notice of Final Cure Payment         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 12/08/2021

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 2-2 and 16-1

**Last 4 digits** of any number you use to identify the debtor's account: 3963

**Property address:** 548 Sweetwater Drive
Number   Street

Palmyra, Pennsylvania 17078
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check One:*
☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*
☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| Debtor 1 | Randall Scott McKillop | Case number (if known) | 1:17-bk-00749-HWV |
| | First Name  Middle Name  Last Name | | |

a. Total postpetition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Craig A. Edelman      Date 12/14/2021
   Signature

Print: Craig A. Edelman
       First Name  Middle Name  Last Name
Title: Authorized Agent for Specialized Loan Servicing LLC

Company: Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 9013
         Number  Street
         Addison, Texas 75001
         City  State  ZIP Code

Contact phone: (972) 643-6600    Email: POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 14, 2021 via electronic notice unless otherwise stated.

**Debtor**  *Via U.S. Mail*
Randall Scott McKillop
548 Sweetwater Drive
Palmyra, PA 17078

**Debtor**  *Via U.S. Mail*
Lisa Marie McKillop
548 Sweetwater Drive
Palmyra, PA 17078

**Debtors' Attorney**
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA  17101

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

                                Respectfully Submitted,

                                /s/  Craig A. Edelman